UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:10-20224-CR-MARTINEZ-BROWN**

UNITED STATES OF AMERICA,

vs.

DEXTER EARL KEMP,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE BROWN'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Stephen T. Brown, United States Magistrate Judge for a Report and Recommendation on Defendant's Motion to Suppress **(D.E. No. 24)**.  Magistrate Judge Brown conducted evidentiary hearings on May 10, 2010 and May 18, 2010.  Judge Brown then filed a Report and Recommendation (D.E. No. 45), which recommended that Defendant's Motion to Suppress be denied.  Defendant has filed objections and has also provided a partial transcript of the May 10, 2010 evidentiary hearing, which includes the entirety of the Defendant's testimony (D.E. No. 51).  The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge Brown's Report and Recommendation present.  After careful consideration, the Court adopts Magistrate Judge Brown's Report and Recommendation.

Defendant filed his motion to suppress seeking to suppress evidence, including marijuana and a box of ammunition, that was obtained during a search of his vehicle during an arrest on November 18, 2009, as well as statements he made thereafter.  Defendant conceded that the stop of his vehicle was legal.  Instead, he objects to Judge Brown's ruling that he was not credible as a

witness and to Judge Brown's "conclusions of law."

With regard to Defendant's first objection, "only in the rare case where there is found in the transcript an articulable basis for rejecting the magistrate's original resolution of credibility and that basis is articulated by the district judge may the district court reject the credibility findings without rehearing the witness testimony." *United States v. Wilbur*, No. 3:09-CR-79(S1)-J-34JRK, 2010 WL 1416996, at *4 (M.D. Fla. April 7, 2010) (citing *United States v. Cofield*, 272 F.3d 1303, 1306 (11th Cir. 2001), *Amlong & Amlong, P.A. v. Denny's, Inc.*, 500 F.3d 1230, 125 (11th Cir. 2007)) (internal punctuation omitted). Having reviewed the transcript, the Court finds that it contains no articulable basis for rejecting Judge Brown's credibility finding. The Court also finds that there is no need to rehear witness testimony on this matter. *See Jeffrey S. by Ernest S. v. State Bd. of Educ. of State of Georgia*, 896 F.2d 507, 513 (11th Cir. 1990) (finding that "*de novo* review does not require a new hearing of witness testimony, [but] it does require independent consideration of factual issues based on the record."). The transcript reveals that Defendant testified that all the law enforcement officers engaged in searching a nearby house stopped what they were doing and headed over to his car to participate in searching it (Tr. 33). Nevertheless, Defendant admitted that despite their alleged interest, they did not arrest him after finding marijuana and bullets (Tr. 34). Defendant also testified that he lied in his videotaped statement to police when he stated that the bullets were his and described buying them in a pawn shop in Hialeah (T. 35). Defendant's admitted untruth, combined with his implausible version of events surrounding the search, provides an ample basis to discredit Defendant's testimony.

With regard to Defendant's second objection, Defendant does not specify which legal conclusions he objects to. Instead, he refers back to closing arguments, the content of which he

has not provided the Court.  The Court has nevertheless reviewed Judge Brown's legal conclusions and finds no error.  Accordingly, it is

**ADJUDGED** that United States Magistrate Judge Brown's Report and Recommendation **(D.E. No. 23)** is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that Defendant's Motion to Suppress **(D.E. No. 24)** is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of May, 2010.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record
Magistrate Judge Brown